UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK L. SAMPLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4: 01CV65 RWS |
| | ) | |
| MONSANTO CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated on the record during yesterday's hearing,

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to amend is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2005.