UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDERICK L. SAMPLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4: 01CV65 RWS |
| ) | |
| MONSANTO CO., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties are excused from making their disclosures required by Rule 26(a)(1) until the Court issues its ruling on the defendants' motions to strike.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2006.