UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOB MCINTOSH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:01CV65 RWS |
| | ) |
| MONSANTO CO., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on the "Motion of Court-Appointed Class Counsel in the Schoenbaum Actions to Intervene and Limit the Court-Ordered Alternative Dispute Resolution Process in this Case to Non-Class Issues." The motion will be denied as **this case is not a class action**. **This case involves claims of two individual plaintiffs only, so the court-ordered alternative dispute resolution process necessarily involves only individual -- not class -- claims.**

Accordingly,

**IT IS HEREBY ORDERED** that the "Motion of Court-Appointed Class Counsel in the Schoenbaum Actions to Intervene and Limit the Court-Ordered Alternative Dispute Resolution Process in this Case to Non-Class Issues" [#478] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2006.