UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOB MCINTOSH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4: 01CV65 RWS |
| ) | |
| MONSANTO CO., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Defendants moved to compel plaintiffs to disclose their computation of damages. Plaintiffs responded that they have now provided their damages calculations. Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to compel [#482] is denied as moot.

**IT IS FURTHER ORDERED** that there will be **a hearing on plaintiffs' motion to amend the case management order on Thursday, March 30, 2006 at 11:30 a.m. in Courtroom 10-South.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of March, 2006.