BOB MCINTOSH, et al.,       )
                                    )

      Plaintiffs,        )
                                    )

      vs.               )      Case No. 4: 01CV65 RWS
                                    )

MONSANTO CO., et al.,       )
                                    )

      Defendants.     )

## <u>MEMORANDUM AND ORDER</u>

**IT IS HEREBY ORDERED** that the joint motion for extension [#512] is

granted, **and the case management order previously entered is amended only as**

**follows:**

     1.    The parties shall complete <u>all</u> discovery in this case no later than
**August 15, 2006**; and

     2.    The motion package rule, E.D.Mo. L.R. 4.05, shall not apply.  Any
motions to dismiss, for summary judgment or motions for judgment on the pleadings
must be filed no later than **August 15, 2006.**  Opposition briefs shall be filed no
later than **September 15, 2006** and any reply brief may be filed no later than
**September 25, 2006.**

The remaining provisions of the case management order, including the trial

date, remain in full force and effect.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this <u>13th</u> day of <u>July</u>, 2006.