UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOB MCINTOSH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:01CV65 RWS |
| | ) |
| MONSANTO CO., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM**

This matter is before me on a letter from plaintiffs' counsel purporting to withdraw Daniel Hedlund's Rule 56(f) affidavit in opposition to summary judgment. Local Rule 4.04 provides that "[a]ttorneys . . . shall not communicate in writing with the Court concerning any pending case except by motion or memorandum, unless otherwise directed by the Court." For this reason, counsel's letter is not properly before this Court and does not constitute a motion. Plaintiffs must electronically file their motion to withdraw and refrain from corresponding with the Court in this matter.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of October, 2006.